**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO. 99-104** |
| **SEAN JOHNSON** | **SECTION: B (5)** |

<u>**ORDER AND REASONS**</u>

Before the Court is Sean Johnson's Motion to Amend or Alter Judgment under Rule 60(b) (Rec. Doc. No. 67).  For the following reasons,

**IT IS ORDERED** that the motion is **DENIED**.

Following Defendant's conviction in the Eastern District of Louisiana, Defendant appealed to the Fifth Circuit United States Court of Appeals claiming, among other things, that the District Court erred in allowing an eleven-member jury to reach a verdict. The Fifth Circuit affirmed the judgment of the District Court, holding that the Court "did not abuse its discretion in applying Rule 23(b)" to allow and eleven-member jury to reach a verdict (Rec. Doc. No. 47 at 6).  Defendant then filed a Motion to Vacate, Set aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 on July

27, 2007 (Rec. Doc. No. 48).  The Court later denied Defendant's motion in its Order and Reasons dated July 31, 2002 (Rec. Doc. No. 57).

In the motion presently before the Court, Defendant moves to alter or amend judgment pursuant to Rule 60(b) of the Federal Rules of Civil Procedure.  Construing this motion as a second Motion to Vacate pursuant to 28 U.S.C. § 2255, the Court cannot hear the motion at this time.  Defendant must first seek certification and/or leave to file a second § 2255 motion from the Fifth Circuit United States Court of Appeals.

Therefore, Defendant's Motion to Amend or Alter Judgment under Rule 60(b), (Rec. Doc. No. 67), is improperly before the Court and is **DENIED.**

New Orleans, Louisiana, this 4th day of January, 2007.

IVAN L.R. LEMELLE
UNITED STATES DISTRICT JUDGE